**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF: K.M.L. | : | No. 211 WAL 2018 |
| | : | |
| | : | |
| PETITION OF: R.J.D. AND J.E.D. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 26th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.